# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3046

Kalyn Aga, et al.

Appellants

v.

Meade County, a political subdivision of the State of South Dakota

Appellee

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:21-cv-05059-JLV)

---

## MANDATE

In accordance with the opinion and judgment of May 8, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 31, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit